**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**CIVIL NO:** 3-16-cv-57-CRS

SUSAN SORTOR, *Plaintiff*

vs. **COMPLAINT**

DISCOVER FINANCIAL SERVICES, *Defendant*

Serve: Registered Agent
C T CORPORATION SYSTEM
208 SO Lasalle St., Suite 814
Chicago, IL 60604

* * * * * * * *

NOW COMES Plaintiff, SUSAN SORTOR, by and through her attorneys, KROHN & MOSS, LTD., and for her Complaint against Defendant, DISCOVER FINANCIAL SERVICES, alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 *U.S.C. § 227 et seq*. ("TCPA").

## PARTIES

2. Plaintiff, SUSAN SORTOR ("Plaintiff") is an individual who was at all times relevant hereto residing in Louisville, Kentucky.

3. Defendant is a business entity with a principal place of business in Wilmington, Deleware.

4. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises pursuant to *28 U.S.C. 1331*.

6. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

7. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (502) 741-70XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 614-284-3100.

11. Per its prior business practices, Defendant's calls were placed with an automated dialing system ("auto-dialer").

12. OnAugust 31, 2015 at approximately3:30 p.m., Plaintiff spoke with Defendant's representative, "Tiffany Parks," and requested that Defendant cease placing calls to her cell phone and requested that Defendant stop calling her regarding any of her accounts.

13. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on August 31, 2015.

14. Despite Plaintiff's request to cease, Defendant placed at least 35 automated collection calls to Plaintiff.

15. Defendant willfully and voluntarily used an automatic telephone dialing system

to place these calls.

16. Defendant intended to use an automatic telephone dialing system to place these calls.

17. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

**COUNT I**
**DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT**

18. Defendant's actions alleged *supra* constitute numerous violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to *47 U.S.C. 227 §(b)(3)(B)*.

19. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to *47 U.S.C. § 227 (b)(3)(B)* and *47 U.S.C. §(b)(3)(C)*.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, SUSAN SORTOR, respectfully requests judgment be entered against Defendant, DISCOVER FINANCIAL SERVICES, for the following:

a. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to, *47 U.S.C. §(b)(3)(B);*
b. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to *47 U.S.C. §(b)(3)(B)* and *47 U.S.C. §(b)(3)(C)*;
c. All court costs, witness fees and other fees incurred;
d. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, SUSAN SORTOR, demands a jury trial in this cause of action.

DATED: January 11, 2016

Respectfully Submitted,

By: /s/ Eric Kaczander

Eric Kaczander
Attorney at Law
Krohn & Moss, Ltd.
10 N. Dearborn St.
3rd Floor
Chicago, IL 60602
(312) 578-9428 x274 (direct)
fax: (866) 289-0898
email: ekaczander@consumerlawcenter.com
web: www.krohnandmoss.com

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF KENTUCKY )<br>
) ss.<br>
COUNTY OF HOPKINS )

Plaintiff, Suan Sortor having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Susan Sortor

Susan Sortor