## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**SUSAN SORTOR**                                                                                      **PLAINTIFF**

**vs.**                                               **CIVIL ACTION NO. 3:16CV-57-CRS**

**DISCOVER FINANCIAL SERVICES**                                        **DEFENDANT**

### ORDER

Counsel having filed a Joint Stipulation informing the Court that the Plaintiff will dismiss her claims against the Defendant to allow her to re-file her claims in arbitration (DN 7),

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, from the Court's docket as settled.

Date: March 22, 2016

                                                       **Charles R. Simpson III, Senior Judge**
                                                           **United States District Court**

cc: Counsel of Record